IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 99-cr-30117-DRH |
| FINLEY MCCOY, JR., | ) | |
| Defendant. | ) | |

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on motion to continue the revocation hearing (Doc. 135), due to defense counsel's need for additional time to prepare for a contested hearing. The Court finds that a continuance is in the interests of justice, and consequently the Court GRANTS the motion and continues the revocation hearing from May 12, 2011 at 2:00 p.m. to the 2nd day of June, 2011, at 10:00 a.m.

**IT IS SO ORDERED.**

Signed this 10th day of May, 2011.

Digitally signed by
David R. Herndon
Date: 2011.05.10
16:20:58 -05'00'

**Chief Judge**
**United States District Court**